Joel T. Marker (4372)
**McKAY, BURTON & THURMAN**
Attorneys for Joel T. Marker, Trustee
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 521-4135
Email: jmarker@mbt-law.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 09-20871 RKM |
| | | Chapter 7 |
| RINALDO HUNT, and | : | |
| MAILE N. HUNT | | |
| | | |
| Debtors. | : | |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Joel T. Marker, Trustee of the Chapter 7 bankruptcy estate of Rinaldo Hunt and Maile N. Hunt, pursuant to Rule 3011, Rules of Bankruptcy Procedure, hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1. On January 14, 2010, the following check was issued in the amount set forth below:

| Check # | Creditor's Names | Check Amount |
|---|---|---|
| 112 | US Bank N.A.<br>PO Box 5229<br>Cincinnati, OH 45201 | $4.21 |

2. A distribution was made of $4.21 to U.S. Bank N.A.

3. The unclaimed funds are on deposit at Chase Manhattan Bank, Account No. 312-2283803-66.

4.    A check in the amount of $4.21 representing said unclaimed funds, made payable to the U.S. Bankruptcy Court, is attached hereto.

DATED this 14th day of January 2010.

McKAY, BURTON &THURMAN

By: _____
Joel T. Marker
Attorneys for Joel T. Marker, Trustee

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of January, 2010, a true and correct copy of the foregoing was mailed, postage prepaid, to the following:

United States Trustee
405 South Main St., Suite 300
Salt Lake City, UT 84111

U.S. Bank N.A.
P.O. Box 5229
Cincinati, OH 45201

Roger G. Segal
Cohne Rappaport & Segal
257 East 200 South, Suite 700
P.O. Box 11008
Salt lake City, UT 84147-0008

_____/S/_____
Leanne Ruesch